Opinion adopted by the Supreme Court.

## KING v. STATE.
### No. 20102.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile upon a public highway while intoxicated; the punishment, a fine of $100 and confinement in jail for 90 days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.